AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| The City of New York<br>*Plaintiff*<br>v.<br>Ryan Asher et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-08753-ER |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the City of New York .

Date: 10/19/2026

Cesar Z. Ruiz
*Attorney's signature*

Cesar Z. Ruiz (Bar No. 5934526
*Printed name and bar number*

100 Church Street, Room 3-212D
New York, NY 10007
*Address*

ceruiz@law.nyc.gov
*E-mail address*

(646) 498-2383
*Telephone number*

*FAX number*

Print Save As... Reset